DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**3225 AVE J LLC,** a Florida limited liability company, and **3237 AVE J LLC,** a Florida limited liability company,
Appellants,

v.

**PALM BEACH COUNTY, et al.,**
Appellees.

No. 4D20-1704

[February 3, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502018CA014463.

Scott C. Gherman of Scott C. Gherman, P.A., Boca Raton, for appellants.

Helene C. Hvizd, Rachel Marie Fahey, and Chelsea J. Koester of Palm Beach County Attorney's Office, West Palm Beach, for appellee Palm Beach County.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*